# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES | * | CASE NO. |
| Plaintiff | * | |
| | * | JFM-06-0550 |
| vs. | * | |
| HESMAN TALL | * | |
| Former Pro Se Defendant | * | |

\* \* \* \* \* \* \*

## NOTICE OF MISSING PROPERTY AND REQUEST TO REVIEW THE US POSTAL INSPECTOR PROPERTY RECORD

In conformity with CFR Rule 12 now comes Pro Se Defendant respectfully notifying the court that upon resolution of this action and receipt of his property from the US Postal Inspector's office, the following items were missing.

1} One Motokata Voice Recorder

2} One Motokata power cord

3} One Panasonic AA battery charger

Former defendant respectfully requests that the court allow a review of the US Postal Inspector's Property Seizure File Record for the above complaint.

_____
Hesman Tall

## CERTIFICATE OF MAILING

On April 22, 2014 a copy of the above Motion was mailed to the AUSA's office at

Page | 1

Ms. Tamera Fine  36 S. Charles St.  4th Floor  Baltimore, MD  21201

Hesman Tall  
10721 Graeloch Rd.  
Laurel, MD  20723  
240-316-6483  
htall13@gmail.com

Former Pro Se Defendant